FILED

11 DEC 21 PM 3: 13

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA



# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### June 2011 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. __11CR5776 JM__ |
| Plaintiff, ) | I N D I C T M E N T |
| v. ) | Title 8, U.S.C., Sec. 1326(a) |
| ) | and (b) - Deported Alien Found |
| OSCAR CARPENA-CASALEZ, ) | in the United States |
| Defendant. ) | |

The grand jury charges:

On or about October 24, 2011, within the Southern District of California, defendant OSCAR CARPENA-CASALEZ, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326(a) and (b).

//

//

//

WDS:lml:Imperial
12/19/11

It is further alleged that defendant OSCAR CARPENA-CASALEZ was removed from the United States subsequent to August 20, 2007.

DATED: December 21, 2011.

A TRUE BILL:

_____
Foreperson

LAURA E. DUFFY
United States Attorney

By: _____
WYNNE D. SPADAFORA
Special Assistant U.S. Attorney

2